

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

May 5, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-10
```

BY FACSIMILE
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Ferrera et al.</u>
    08 Cr. 544 (JFK)

Dear Judge Keenan:

The Government writes respectfully to request, along with the defendants Ferrera and Cantres, that the conference scheduled for today, May 5, 2010, be adjourned approximately two weeks to permit the defendants additional time to consult with their counsel concerning potential pre-trial motions and possible dispositions. The Government further requests, with the consent of the defendants, that the time until the adjourned conference be excluded from calculation for purposes of the Speedy Trial Act so that the defendants can engage in the steps described above and in the interest of justice.

Respectfully submitted,

PREET BHARARA
United States Attorney

BY: _____
Harry A. Chernoff
Assistant U.S. Attorney
(212) 637-2481

*[Handwritten endorsement:]* The conference is set for May 26, 2010 at 9:45 AM. Time is excluded. So ordered. John F. Keenan May 5, 2010 U.S.D.J.

cc: Paul S. Brenner, Esq. (by e-mail)
    Counsel for Fernando Ferrera
    James Roth, Esq. (by e-mail)
    Counsel for Miguel Cantres